UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
**THOMAS P SMITH**                              CASE NO.:
   Debtor.
_____/

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **THOMAS P SMITH**, declare(s) under penalty of perjury that:

1.    I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.    The information contained in the Verified Document(s) is/are true and correct to the best of my knowledge and belief.

3.    I understand that the Verified Document(s) is/are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
**THOMAS P SMITH**

### VERIFIED DOCUMENT(S)

| Description | Date Executed | Date Filed |
|---|---|---|
| VOLUNTARY PETITION | 7-8-05 | 7-10-05 |
| DECLARATION FOR DEBTOR'S SCHEDULES | 7-8-05 | 7-10-05 |
| STATEMENT OF FINANCIAL AFFAIRS | 7-8-05 | 7-10-05 |
| VERIFICATION OF CREDITOR MATRIX | 7-8-05 | 7-10-05 |
| STATEMENT OF SOCIAL SECURITY NUMBER(S) | 7-8-05 | 7-10-05 |
| CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION | 7-8-05 | 7-10-05 |